# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE LUNA, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ONE CALL LOCATORS, LTD. dba ELM LOCATOR & UTILITY SERVICES, a Montana corporation, DOES 1-25, inclusive,<br><br>　　　　　Defendants. | Case No. 5:18-cv-02662 JFW (KKx)<br><br>**ORDER**<br><br>Complaint Filed: October 16, 2018<br>Trial Date:　　December 17, 2019<br>District Judge:　Hon. John F. Walter<br>　　Courtroom 7A, First St.<br>Magistrate Judge: Hon. Kenly Kiya Kato<br>　　Courtroom 3 or 4, Riverside |

　　Based on the parties' stipulation, the Court hereby dismisses the above-captioned matter, in its entirety, with prejudice.

　　IT IS SO ORDERED.

Date: April 11, 2019　　　By: _/s/ John F. Walter_
　　　　　　　　　　　　　　　Honorable John F. Walter
　　　　　　　　　　　　　　　United States District Judge

20190405.1866800
443.Stipulation.doc

3　　　　　　　　　　　　　　　　　Case No. 5:18-cv-02662 JFW (KKx)
STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1); ORDER THEREON